**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VICKI MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>DIVERSIFIED, INC.,<br><br>    Defendant. | Civil Action No. 20-11017 (SDW) (LDW)<br><br>**ORDER**<br><br>January 28, 2021 |

**WIGENTON**, District Judge.

  Before this Court is Magistrate Judge Leda D. Wettre's ("Judge Wettre") Report and Recommendation (D.E. 17, "R&R"), dated January 12, 2021, which recommends that Plaintiff Vicki Moore's Motion to Remand (D.E. 7) be granted and that Defendant Diversified, Inc.'s Motion to Dismiss and Transfer Venue (D.E. 9) be terminated as moot. No objections to the R&R were filed. This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

  **ORDERED** that Judge Wettre's R&R is **ADOPTED** as the conclusions of law of this Court.

  **SO ORDERED**.

                     /s/ Susan D. Wigenton
                     **SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc:  Parties
    Magistrate Judge Wettre